UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CITY OF RICHMOND RETIREMENT SYSTEM,      Case No. 08 CIV 5317
on behalf of itself and all others similarly situated,      AFFIDAVIT OF SERVICE
                    Plaintiffs,

    -against-

GLOBAL CASH ACCESS HOLDINGS, INC.,
et al.,
                    Defendants.
------------------------------------X
STATE OF CALIFORNIA    )
                       s.s.:
COUNTY OF SANTA CLARA  )

   THOMAS J. BOWMAN, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

   That on the 12th day of June, 2008, at approximately 12:03 p.m., deponent served a true copy of the Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7,2004 upon Summit Partners LP at 499 Hamilton Avenue, Palo Alto, California by personally delivering and leaving the same with Debbie Lower, Vice President, who informed deponent that she is authorized to accept service at that address.

   Debbie Lower is a Caucasisn female approximately 45 years of age, stands approximately 5 feet, 5 inches tall, weighs approximately 160 pounds with blonde hair.

State of California, County of SANTA CLARA
Subscribed & sworn to (or affirmed) Before me this ___ day of July, 2008, by THOMAS J. BOWMAN, personally known to me to be the person who appeared before me.

THOMAS J. BOWMAN                    NOTARY PUBLIC



WENDY L. SHETTERLY
COMM. #1531569
Notary Public - California
Santa Clara County
My Comm. Expires Dec. 3, 2008